AARON D. FORD
  Attorney General
KEITH G. MUNRO, Bar No. 5074
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILTON GRESS II,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVE SISOLAK, et al.<br><br>        Defendants. | Case No. 2:23-cv-00236-GMN-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Milton Gress II, and the State of Nevada, on behalf of its present and former officers and employees, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Keith G. Munro, Deputy Attorney General, that the Civil Rights Complaint (ECF No. 1-1) in the above-captioned matter be dismissed in its entirety with prejudice. Each party shall bear their own attorney's fees and costs.

DATED this 10 day of July 2023.

_____
MILTON GRESS, II #1257656
Plaintiff

July 13, 2023

_____
Gloria M. Navarro, Judge
United States District Court

DATED this 7th day of July 2023.

AARON D. FORD
Attorney General

By: */s/ Keith G. Munro*
    KEITH G. MUNRO, Bar No. 5074
    Deputy Attorney General

*Attorneys for Defendants*